**Order entered October 19, 2021**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

### No. 05-21-00362-CV

### DYNARESOURCE DE MÉXICO S.A. DE C.V. AND DYNARESOURCES INC., Appellants

### V.

### GOLDGROUP RESOURCES INC., Appellee

**On Appeal from the 134th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-20-17887**

### ORDER

Before the Court is appellee's October 15, 2021 unopposed second motion to extend time to file its brief. We **GRANT** the motion and extend the time to **October 25, 2021**.

/s/    CRAIG SMITH
        JUSTICE